**J. T. Fleming, appellee, v. Charles A. Steinmann and Rosa M. Steinmann, appellants. Gen. No. 33,271.**

Opinion filed May 31, 1929.

Ossian Cameron and Edward H. S. Martin, for appellants. W. Scott Hodges and Cavender, Milchrist & Kaiser, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

**Glader, Incorporated, appellant, v. C. J. Kennedy, appellee. Gen. No. 33,289.**

Opinion filed May 31, 1929.

Clarence A. Samuel, for appellant. Royal W. Irwin, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

**Automobile Supply Company, appellee, v. Scene-In-Action Corporation, appellant. Gen. No. 33,298.**

Opinion filed May 31, 1929. Rehearing denied June 11, 1929.

Albert Sabath, for appellant; Charles Hudson, of counsel. Burry, Johnstone, Peters & Dixon, for appellee; John W. Kearns, of counsel.

Mr. Justice Barnes delivered the opinion of the court.